MARGARET KEARNEY as Administratrix, etc., Respondent, *v*, GEORGE H. THOMPSON et al., Appellants.

(Argued January 19, 1887; decided February 1, 1887.)

*John Van Voorhis* for appellants.

*J. A. Stull* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———

PATRICK LEARY, an infant, by Guardian, Appellant, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Respondent.

(Argued January 19, 1887; decided February 1, 1887.)

*E. Countryman* for appellant.

*Edwin Young* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., taking no part.
Judgment affirmed.